MATTHEW GOLDSTEIN, Suing on His Own Behalf and on Behalf of All Other Stockholders of SINGER MANUFACTURING COMPANY Similarly Situated, Appellant, *v.* MILTON C. LIGHTNER et al., Respondents.

Argued April 6, 1944; decided May 18, 1944.

*Abraham Marcus* for appellant.

*Theodore Kiendl* and *S. Hazard Gillespie, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and THACHER, JJ. Taking no part: RIPPEY and DESMOND, JJ.